UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, successor in interest to Key Equipment Finance,<br><br>              Plaintiff,<br><br>    v.<br><br>JAMES MEDICAL EQUIPMENT, LTD., DOUGLAS WILHITE, MARK HINKLE, VICKY WEBB, WILLIAM MILBY,<br><br>              Defendants. | Civil Action No. 1:18-cv-11721-VM<br><br>**DEFAULT JUDGMENT ORDER AGAINST DEFENDANTS DOUGLAS WILHITE, VICKY WEBB, WILLIAM MILBY** |

This action having been commenced on December 14, 2018, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served upon Defendant Douglas Wilhite on May 31, 2019, Defendant William Milby on January 31, 2019, and Defendant Vicky Webb on July 23, 2019, and proof of service thereof having been filed thereafter with the Court, and Defendants not having answered the Complaint and the time for answering having expired, it is:

**ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against Defendants Douglas Wilhite, Vicky Webb, and William Milby in the amount of $119,333.00.

**Dated:** March 26, 2020

So Ordered

_____
Victor Marrero
U.S.D.J.