**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION,<br><br>                    Plaintiff,<br><br>        - against -<br><br>JAMES MEDICAL EQUIPMENT, LTD. et al.,<br><br>                    Defendants. | **18 Civ. 11721 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

This action was commenced on December 14, 2018, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint were served upon Defendant Douglas Wilhite on May 31, 2019, Defendant William Milby on January 31, 2019, and Defendant Vicky Webb on July 23, 2019 (collectively "Defendants"). On March 26, 2020, the Court entered a default judgment order against the Defendants. (Dkt. No. 60.) Since then, there has been no record of any proceedings or filings of any papers or correspondence with the Court.

**IT IS HEREBY ORDERED** that within five (5) days, counsel for Plaintiff is directed to update the Court regarding the status of the pending action and their intention regarding future proceedings in this matter. The Court will dismiss the case without further notice should it receive no response.

**SO ORDERED.**

Dated:     September 7, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.